# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

STEVEN CRAIN,

    Plaintiff,

v.

CLARK COUNTY PUBLIC DEFENDER, et al.,

    Defendants..

2:09-cv-00283-RCJ-LRL

PETITION FOR REVIEW (#5)

## REPORT & RECOMMENDATION

Before the court is plaintiff's second "Petition for Review" (#5), which is plaintiff's response to this court's order dismissing without prejudice plaintiff's first "Petition for Review" (#1).

### BACKGROUND

This case is plaintiff Steven Crain's second attempt to file a case against the named defendants in federal court. Crain previously filed a complaint against defendants on June 24, 2008. *See* 2:08-cv-00818-KJD-PAL. On November 26, 2008, the Honorable Kent J. Dawson, U.S. District Judge, entered judgment in favor of all defendants and against Crain in that case. Order (#44). Crain immediately appealed the order to the Ninth Circuit Court of Appeals, which treated the appeal as a writ of mandamus and summarily dismissed the petition on January 22, 2009. Order (#52). Shortly thereafter, on February 11, 2009, Crain initiated the case now before the court against many of the same defendants – some of whom had been dismissed from the earlier action before judgment was entered.

Upon review of plaintiff's first "Petition for Review (#1) in this case, it was unclear whether plaintiff intended to file a habeas corpus petition pursuant to 28 U.S.C. § 2242 or a complaint pursuant to the Federal Rules of Civil Procedure. Order (#4). Accordingly, plaintiff's "Petition for Review" (#1)

was dismissed without prejudice to cure the deficiencies in his petition and refile it; specifically, the court noted that plaintiff "fail[ed] to articulate the relief sought and the legal grounds in support thereof." Plaintiff was ordered to file either a habeas corpus petition or a complaint by June 19, 2009. The court warned that failure to do so may result in plaintiff's case being dismissed.

## DISCUSSION

To date, plaintiff has filed neither a habeas petition nor an amended complaint. Instead he filed another "Petition for Review." While the second "Petition" (#5) conveys Crain's deep dismay and disappointment with the court – particularly with this court's order to dismiss without prejudice – the filing is not responsive to this court's Order (#4). Rather, in expressing his ire with the court, Crain makes fresh allegations against an entirely different set of individuals than the defendants named in the caption. The second Petition (#5) doesn't address, much less cure, the deficiencies in the first Petition (#1), nor does it even relate to the substance of the first Petition (#1).

## RECOMMENDATION

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that Steven Crain's Case No. 09-cv-00283-RCJ-LRL be dismissed with prejudice for failure to state a cognizable claim.

DATED this 9th day of November, 2009.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**